FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 OCT 22 AM 11: 07
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LORENZO T. CRITTEN,

    Plaintiff,

v.

CIVIL ACTION NO.: CV607-048

JAMES E. DONALD, Commissioner;
GEORGIA DEPARTMENT OF
CORRECTIONS; SHEVONDAH
FIELDS; DON JARRIEL, Warden,
and ELAINE TOWNES,

    Defendants.

## ORDER

Presently before the Court is Plaintiff's "Motion to Appeal", which the Court construes as Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. Plaintiff objects to the Magistrate Judge's recommendation that his Complaint be dismissed, without prejudice, because Plaintiff has at least three (3) "strikes" within the meaning to 28 U.S.C. § 1915(g). After an independent review of the record, the undersigned adopts the Magistrate Judge's Report and Recommendation as the opinion of the Court.

Plaintiff contends the Magistrate Judge erred in finding that Critten v. Taylor, 1:03CV3555 (N.D. Ga.), is a strike because this case was a motion for writ of habeas corpus. Thus, Plaintiff asserts, this case cannot be considered a strike because § 1915(g) does not apply to habeas corpus cases.

Plaintiff is correct that habeas corpus cases do not count as strikes within the meaning of section 1915(g). However, Plaintiff is incorrect in stating <u>Critten v. Taylor</u> should not be considered a strike pursuant to § 1915(g). A review of the filings in that case reveals that the complaint was filed pursuant to 42 U.S.C. § 1983, and the Honorable Charles A. Moye, Jr., dismissed Plaintiff's complaint pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief could be granted. While Plaintiff's complaint may have set forth claims more appropriately brought pursuant to 28 U.S.C. § 2254, he failed to state a claim cognizable under § 1983. Thus, this case clearly constitutes a strike within the meaning of § 1915(g).

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 22 day of Oct, 2007.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA